RECEIVED
IN ALEXANDRIA, LA.

FEB 2 3 2010

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **DARRELL T. WHITE** **FED. REG. NO. 29053-034** | CIVIL ACTION NO. 09-1134 |
| VS. | SECTION P |
| **WARDEN JOE P. YOUNG** + | JUDGE TRIMBLE |
| | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that petitioner's petition for writ of *habeas corpus* filed pursuant to 28 U.S.C. §2241 be **DISMISSED WITH PREJUDICE** for failing to state a claim for which *habeas corpus* relief may be granted.

**THUS DONE AND SIGNED**, in chambers, in Lake Charles, Louisiana, on this 23rd day of February, 2010.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE